1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL GUIDO and NATALIE LEFEBVRE on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL, USA, INC., a Delaware Corporation; and L'OREAL USA PRODUCTS, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. CV11-01067 (CAS/JCX)<br><br>**[PROPOSED]** ORDER ON STIPULATION RE: FILING FIRST AMENDED COMPLAINT AND RESPONSE THERETO<br><br>Current Response Date:<br>March 18, 2011<br><br>Plaintiffs to File Amended Complaint:<br>April 1, 2011<br><br>Defendants' New Response Date:<br>May 2, 2011 |

LEGAL_US_W # 67463021.1

[PROPOSED] ORDER

# **ORDER**

WHEREAS, based upon the Stipulation of the parties, and for good cause shown, it is hereby ORDERED that:

1) Defendants L'Oréal USA, Inc. and L'Oréal USA Products, Inc. (collectively "L'Oréal") need not respond to Plaintiffs' initial complaint;

2) Plaintiffs shall file their First Amended Complaint on or before April 1, 2011;

3) L'Oréal shall have until May 2, 2011 to answer, move to dismiss, or otherwise respond to the First Amended Complaint;

4) Plaintiffs shall be relieved of their obligation to file a motion for class certification under Local Rule 23-3 within 90 days after service of the complaint, and the date for filing such motion shall be determined at the Scheduling Conference to be set by the Court.

IT IS SO ORDERED.

DATED: March 25, 2011

By: *Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court Judge