David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL GUIDO and NATALIE LEFEBVRE, On Behalf of Themselves and All Others Similarly Situated,<br>PLAINTIFF(S)<br>v.<br>L'OREAL, USA, INC., et al.,<br>DEFENDANT(S). | CASE NUMBER:<br>11-CV-01067-CAS-JCX<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

1. Application to File Documents Under Seal; 2) Proposed Order on Application to File Documents Under Seal
3. Unredacted Version of Memorandum of Points and Authorities in Support of Motion for Class Certification
4. Exhibits 1, 2, 3, 4 and 6 attached to the Declaration of Grace Tersigni.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  1) Plaintiff's App. to File Doc. Under Seal; (2) [Proposed] Order on Plaintiff's App. (3) Proof of Service; (4) Plaintiff's Memo of Points and Authorities in Support of Renewed Motion to Certify UNDER SEAL; (5) Decl. of Sanjog Misra UNDER SEAL

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required ( *reason* ):
  Local Rule 79-5

| | |
|---|---|
| January 7, 2014<br>Date | s/David C. Parisi<br>Attorney Name<br>Plaintiffs<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (12/11)                    NOTICE OF MANUAL FILING